**David Edward CRAWLEY,
Plaintiff-Appellant,**

v.

**John C. COMBS, Assistant Warden—
Wallens Ridge State Prison,
Defendant-Appellee.**

No. 17-6386

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 25, 2017

David Edward Crawley, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Edward Crawley appeals the district court's order denying relief on his 42 U.S.C. §. 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Crawley's motion for appointment of counsel and we affirm for the reasons stated by the district court. *Crawley v. Combs*, No. 7:16-cv-00172-MFU-RSB, 2017 WL 780845 (W.D. Va. Feb. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*